1  **MUSICK, PEELER & GARRETT LLP**
   650 Town Center Drive, Suite 1200
2  Costa Mesa, California 92626-1925
       Telephone (714) 668-2400
3      Facsimile (714) 668-2490
4  Donald E. Bradley (State Bar No. 145037)
    d.bradley@musickpeeler.com

JS-6

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RONNIE JOHNSON and BRITTANY ELLIS, | Case No. 5:19-cv-00886 JFW (SHKx) |
| Plaintiffs, | Hon. John F. Walter, Courtroom 7A |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| FAIR COLLECTIONS & OUTSOURCING, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INC., | |
| Defendants. | |

Plaintiffs Ronnie Johnson and Brittany Ellis have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Joint Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiffs Ronnie Johnson and Brittany Ellis against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

DATED: March 20, 2020

_____
Hon. John F. Walter